## Order

PER CURIAM:

William Torres appeals the judgment from the Circuit Court of Jackson County, Missouri ("trial court"), quieting title to a piece of real property in favor of Aurora Loan Services, LLC ("Aurora"), and declaring Aurora's lien on the property superior to Torres's own. We affirm the judgment of the trial court. Rule 84.16(b).

death of Glennis Fiehler. On appeal, Gross contends the evidence was insufficient to prove that he engaged in a voluntary act or had the purpose of causing serious physical injury to the victim, as required to convict him of second-degree murder. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment of conviction.

AFFIRMED. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Claude GROSS, Appellant.**

**No. WD 72246.**

Missouri Court of Appeals,
Western District.

June 30, 2011.

Rosemary E. Percival, Kansas City, MO, for appellant.

Shaun J. Mackelprang, John W. Grantham, Jefferson City, MO, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge, Presiding, JAMES M. SMART and KAREN KING MITCHELL, Judges.

### ORDER

PER CURIAM.

Following a bench trial, Claude Gross was convicted of second-degree murder and armed criminal action in the shooting

**STATE of Missouri, Respondent,**

v.

**Henry E. GARRETT, Appellant.**

**No. WD 71363.**

Missouri Court of Appeals,
Western District.

July 12, 2011.

Chris Koster, Attorney General, Dora A. Fichter, Assistant Attorney General, Jefferson City, MO, for Respondent.

Margaret M. Johnston, Assistant State Public Defender, Columbia, MO, for Appellant.

Before Division II: JAMES M. SMART, JR., Presiding Judge, and MARK D. PFEIFFER and CYNTHIA L. MARTIN, Judges.